# UNITED STATES DISTRICT COURT
## District of Minnesota

Eduardo Enrique Pol-Mejia,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood, Eric Tollefson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1504 PJS/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents must unconditionally release petitioner from custody by February 25, 2026, at 4:30 pm, with all of his personal effects. If petitioner is not in Minnesota, respondents must return petitioner to Minnesota before releasing him.
4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 2/23/2026

KATE M. FOGARTY, CLERK